1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   MONIQUE KIRTLEY
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Monique_Kirtley@fd.org
6
   Attorney for Jonathan Joseph Owens
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00339-GMN-GWF |
| Plaintiff, | **UNOPPOSED MOTION FOR AN ORDER FOR THE RETURN OF THE DEFENDANT'S MILITARY AND UNITED STATES PASSPORTS** |
| v. | |
| JONATHAN JOSEPH OWENS. | |
| Defendant. | |

Defendant, Jonathan Joseph Owens, by and through his attorney of record, Monique Kirtley, Assistant Federal Public Defender, hereby files this Unopposed Motion for an Order to Return Mr. Owens's Military and United States Passports.

1. Defendant Owens was placed on Pretrial Supervision on November 20, 2015. Condition seventeen, of his pretrial release conditions, required Mr. Owens to surrender his passport and/or passport card to United States Pretrial Services or the supervising officer. Dkt. #7.

2. On January 10, 2017, Mr. Owens pled guilty, pursuant to a written plea agreement, to count one of his criminal indictment. Mr. Owens was sentenced on October 5, 2017.

3. Mr. Owens has spoken with Pretrial Service Officer, Jessie Moorehead, regarding the return of his Military and United States Passports. Mr. Owens was informed that since the Court ordered the surrender of his passports, he would need a court order allowing for the return

of his passports.

4. Jared Grimmer, Assistant United States Attorney, has been contacted and concurs with the request.

5. Based on the above Mr. Owens respectfully requests that this Court enter an order that Pretrial Service shall relinquish Mr. Owens's United States passport to him.

DATED this 7th day of November, 2017.

RENE L. VALLADARES
Federal Public Defender

*/s/ Monique Kirtley*
By_____
MONIQUE KIRTLEY
Assistant Federal Public Defender

IT IS SO ORDERED.

DATED this __13__ day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE