JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  *Judgment Creditor,*  v.  JONATHAN OWENS,  *Judgment Debtor,*  and  E-ONE, and its Successors or Assigns,  *Garnishee.* | Case No.: 2:15-cr-00339-GMN-DJA  **ORDER TO DISSOLVE WRIT OF CONTINUING GARNISHMENT** |

This matter is before the Court on the motion of the United States to Dissolve the Writ of Continuing Garnishment directed to E-ONE, and its successor or assigns, at 1601 SW 37th Ave , Ocala, FL 34474.

The special assessment and restitution debt imposed in the criminal case, 2:15-cr-00339-GMN-DJA having been paid in full,

///

///

///

///

///

4

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Writ of Continuing Garnishment issued to E-ONE, and its successor or assigns, on July 9, 2021, is hereby dissolved.

Dated: January 30, 2023

_____
UNITED STATES DISTRICT JUDGE